**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

December 19, 2014

**LETTER ORDER**

Re:   **Quershi v. OPS 9, LLC, et al.**
       **Civil Action No. 14-1806 (CCC)**

Dear Counsel:

As discussed during the status telephone conference held in this matter earlier today, the remaining schedule pertaining to discovery in this matter shall be as follows:

1. All written discovery is to be served by **January 12, 2015** and shall be responded to by **February 12, 2015**.

2. Fact discovery in this matter shall close on **April 30, 2015**.

3. Affirmative expert reports shall be due no later than **May 29, 2015**.

4. Responsive expert reports shall be due no later than **June 30, 2015**.

5. A status telephone conference shall be held with the Court on **March 4, 2015 at 10:30 A.M.**  Counsel for Defendant is directed to initiate the call.

6. Any letter request for leave to file a dispositive motion shall be submitted as a joint letter, including the request and any opposition, to the undersigned with a copy to Judge Cecchi.

   **IT IS SO ORDERED.**

                                                                s/ James B. Clark, III
                                                                **JAMES B. CLARK, III**
                                                                **United States Magistrate Judge**