# United States District Court
# for the District of New Jersey

_____

|  |  |  |
|---|---|---|
| **MARYAM QURESHI** | : |  |
|  | : |  |
| Plaintiff | : | Civil Action No. 14-1806 |
|  | : |  |
| vs. | : |  |
|  | : | Order of Reassignment |
| OPS 9, LLC et al | : |  |
|  | : |  |
| Defendant | : |  |

_____

It is on this 16th day of January, 2015,

O R D E R E D that the entitled action is reassigned

from Judge Claire C. Cecchi to Judge Madeline C. Arleo.


s/Jerome B. Simandle
Jerome B. Simandle, Chief Judge
United States District Court