UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------X
MARYAM QURESHI, on behalf of herself :
and others similarly situated,                      :          Case No.: 2:14-cv-01806-CCC-MF

           Plaintiff,                :
                                                    :
v.
                                                    :
OPS 9, LLC and ANURAG SETT,
                                                    :
           Defendants.
                                                    :
----------------------------------------------------X
OPS 9, LLC and ANURAG SETT,           :

           Third-Party Plaintiffs,   :

v.                                    :

FALONI & ASSOCIATES, LLC,             :

           Third-Party Defendant.    :

----------------------------------------------------X

**NOTICE OF MOTION BY THIRD-PARTY PLAINTIFFS OPS 9 AND ANURAG SETT FOR ATTORNEYS' FEES**

**PLEASE TAKE NOTICE** that on such date as the Court may direct, Third-Party Plaintiffs OPS 9, LLC and Anurag Sett (collectively, "OPS 9") shall move before this Court, located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for entry of an Order awarding Attorneys' Fees to OPS 9 from Third-Party Defendant Faloni & Associates, LLC.

**PLEASE TAKE FURTHER NOTICE** that OPS 9 will rely upon its Brief in support of this Motion, as well as the Declaration of Anurag Sett, the Declaration of Cindy D. Salvo, Esq. and the Declaration of John H. Bedard, and exhibits thereto.

1

Respectfully submitted,

THE SALVO LAW FIRM, P.C.

By: <u>Cindy D. Salvo</u>_____
    CINDY D. SALVO

185 Fairfield Avenue, Suite 3C/3D
West Caldwell, New Jersey 07006
T: 973-226-2220
F: 973-900-8800
csalvo@salvolawfirm.com

Attorneys for Third-Party Plaintiffs,
OPS 9, LLC and Anurag Sett